UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20544-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**SHONNEKIA SCOTT**,

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 19], which was entered on December 7, 2022. In the R&R, Judge Becerra found that the Defendant Shonnekia Scott, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with wire fraud in violation of Title 18 U.S.C. § 1343 and Count IV of the Indictment, which charges Defendant with aggravated identity theft in violation of Title 18 U.S.C. § 1028(a)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts I and IV, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts I and IV of the Indictment; and (3) a

sentencing hearing before the Honorable Paul C. Huck is set for **Tuesday, February 21, 2023, at 2:30 PM**.

**DONE AND ORDERED** in Miami, Florida on December 9, 2022.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record